# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| CLARENCE BOGAN,<br>    Plaintiff, | Case No. 1:11-cv-259 |
| vs. | Barrett, J.<br>Bowman, M.J. |
| TIMOTHY BRUNSMAN, et al.,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

On October 14, 2011, the Court issued a Order granting petitioner's motion to proceed *in forma pauperis* with regard to Claim 4 of his complaint. (Doc. 11). With respect to his remaining claims, the Court ordered plaintiff to pay the $350 filing fee within thirty (30) days. *Id.* at 3. Plaintiff was advised that "[t]he failure to pay the full filing fee within thirty (30) days will result in the dismissal of these claims." *Id.*

To date, plaintiff has failed to comply with the Court's Order. Accordingly, dismissal is appropriate. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991).

### IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's claims, with the exception of Claim 4, be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

                                                        */s Stephanie K. Bowman*
                                                        Stephanie K. Bowman
                                                        United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CLARENCE BOGAN,
    Plaintiff,

vs.

TIMOTHY BRUNSMAN, et al.,
    Defendants.

Case No. 1:11-cv-259

Barrett, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).