# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Clarence Bogan,

    Plaintiff,

        v.                        Case No. 1:11cv259

Timothy Brunsman, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 16, 2012 (Doc. 26).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 26) is hereby **ADOPTED.** Plaintiff's Motion for a Temporary Restraining Order and for Summary Judgment (Docs 15 and 16) are **DENIED**.

**IT IS SO ORDERED.**

                                      *S/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge